

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
SAM GRIFFITH
DIANE DeVASTO

# TWELFTH COURT OF APPEALS

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

August 18, 2004

Mr. James W. Volberding
One American Center
909 ESE Loop 323
Suite 700
Tyler, TX 75701

Ms. Tiffani A. Wickel
Assistant District Attorney
100 North Broadway
4th Floor
Tyler, TX 75702

RE:  Case Number:             12-04-00251-CV
     Trial Court Case Number:  02-3596-D

Style:  In the Interest of L. S. B. and K. H., children

Enclosed is a copy of the Memorandum Opinion issued this date in the above styled and numbered cause. Also enclosed is a copy of the court's judgment.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
    Katrina McClenny, Chief Deputy Clerk

CC:    Hon. Carole W. Clark
       Hon. John Ovard
       Ms. Lois Rogers

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Cherokee, Gregg, Henderson, Hopkins, Houston, Kaufman, Nacogdoches, Panola, Rains, Rusk, Sabine, San Augustine, Shelby, Smith Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us

# NO. 12-04-00251-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | § | *APPEAL FROM THE 321ST* |
| *IN THE INTEREST OF L.S.B.* | | |
| *AND K.H., CHILDREN* | § | *JUDICIAL DISTRICT COURT OF* |
|  | § | *SMITH COUNTY, TEXAS* |

## *MEMORANDUM OPINION*

This is an accelerated appeal from an order of termination signed on June 14, 2004. *See* TEX. FAM. CODE ANN. § 263.405(a) (Vernon 2002) (appeal of final order rendered under Texas Family Code Subchapter E is accelerated). Consequently, the notice of appeal must be filed within 15 days of the date of the order. TEX. FAM. CODE ANN. § 263.405(b). Here, the notice of appeal was due to have been filed on June 29, 2004. However, the notice of appeal was not filed until July 13, 2004.

On August 5, 2004, this Court notified Appellant pursuant to Texas Rule of Appellate Procedure 42.3(a) that her notice of appeal was untimely. Appellant was further notified that unless the information furnished in the appeal was amended on or before August 16, 2004 to establish the jurisdiction of this Court, the appeal would be dismissed. On August 9, 2004, Appellant responded to this Court's dismissal notice by forwarding a copy of her notice of appeal. However, she furnished no information that would establish this Court's jurisdiction.

Because this Court is not authorized to extend the time for perfecting an appeal except as provided by Texas Rules of Appellate Procedure 26.1 and 26.3, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

Opinion delivered August 18, 2004.
*Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.*

(PUBLISH)



# COURT OF APPEALS

## TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 18, 2004**

## NO. 12-04-00251-CV

## IN THE INTEREST OF L.S.B. AND K.H., CHILDREN

---

Appeal from the 321st Judicial District Court
of Smith County, Texas. (Tr.Ct.No.02-35956-D)

---

THIS CAUSE came to be heard on the appellate record; and the same being inspected, it is this Court's opinion that it is without jurisdiction over the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by the court that this appeal be, and the same is, hereby **DISMISSED FOR WANT OF JURISDICTION**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and DeVasto, J.*